# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

ETIENNE TREPANIER-BOULAY,           )
       Petitioner                                      )
                                                                   )     CIVIL ACTION
       v.                                                       )     NO. 3:13-cv-30039-MAP
                                                                   )
ZOEY GULMI-LANDY,                               )
       Respondent                                  )

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the respondent Zoey Gulmi-Lany, against the plaintiff Etienne Trepanier-Boulay, pursuant to the court's memorandum and order entered this date, granting the respondents motion to dismiss.

                                              **ROBERT M. FARRELL**,
                                              ACTING CLERK OF COURT

Dated: June 10, 2013          /s/ *Maurice G. Lindsay*
                                         Maurice G. Lindsay
                                         Deputy Clerk

(Civil Judgment (Routine) re Pet v. Resp 3.wpd - 11/98)
                [jgm.]